**COMMONWEALTH of Pennsylvania,
Respondent,**

v.

**Jesse JOHNSON, Petitioner.**

Supreme Court of Pennsylvania.

July 14, 1999.

Jesse Johnson, pro se.

### *ORDER*

PER CURIAM:

**AND NOW,** this 14th day of July, 1999, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is hereby REVERSED. The case is remanded to the Court of Common Pleas of Northumberland County for further consideration in light of *Commonwealth v. Anders,* 555 Pa. 467, 725 A.2d 170 (1999). Additionally, Petitioner's "Motion for Appointment of Allocatur Counsel" is hereby DENIED.

Jurisdiction relinquished.